UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-20234-DPG

**BRIAN DERONCELER**,

      Plaintiff,

v.

**UNITED STATES OF AMERICA**,

      Defendant.

_____/

# **ORDER**

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes' Report and Recommendation (the "Report"), [ECF No. 52], regarding Plaintiff's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (the "Motion" or "Motion to Vacate"). [ECF No. 1]. On September 17, 2020, the action was referred to Judge Otazo-Reyes, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 7]. On July 25, 2022, Judge Otazo-Reyes issued her report recommending that Plaintiff's Motion be denied. [ECF No. 52]. Plaintiff filed timely objections to the Report. [ECF No. 53]. For the reasons that follow, the Court affirms and adopts the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific

objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a *de novo* review of the Motion, the Report, Plaintiff's objections, and the record, the Court agrees with Judge Otazo-Reyes' well-reasoned analysis and conclusion that Plaintiff's Motion should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) Magistrate Judge Otazo-Reyes' Report and Recommendation, [ECF No. 52], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

(2) Plaintiff Brian Deronceler's Motion to Vacate, [ECF No. 1], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of October, 2022.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE